In the Matter of a Petition to Detach Territory from Armstrong Township High School District Number 225, etc.
Armstrong Township High School District Number 225, etc., et al., Plaintiffs-Appellees. v. County Board of School Trustees, Vermilion County, Illinois, et al., Defendants-Appellants.

Gen. No. 10,218. 

Third District.
October 22, 1959.
Released for publication November 9, 1959.

Paul M. Wright, for appellants; Bookwalter, Carter, Gunn, and Hickman (James K. Robinson, of counsel) for appellees. Opinion by JUDGE CARROLL. Not to be published in full.